(No. 78-CC-0604

JOHN A. WOODS, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 14, 1978.*

PER CURIAM.

This is an action by an inmate of an Illinois correctional facility to recover the sum of $128.00 he alleges he is due for work on the Stateville Correctional Center locking system in 1975.

Claimant has submitted a memorandum from the director of the Department of Corrections acknowledging that Claimant is owed the sum of $128.00 as Claimant alleges.

It is therefore ordered that Claimant be, and hereby is, awarded the sum of $128.00.